

222 South Central Avenue, Suite 900
St. Louis, MO 63105
Phone 314.863.0092 Fax 314.746.4848

Christopher M. Sanders
314.746.4809
csanders@lowenbaumlaw.com

January 11, 2016

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2204
New York, New York 10007

    Re:   *Six Dimensions, Inc. v. Perficient, Inc., et al.*
           Case No. 15-CV-08309 (PGG) (JLC)
           Protective Order

Dear Judge Gardephe:

    The parties consent to the attached proposed protective order and non-disclosure agreement. Pursuant to Your Honor's Individual Rules, the parties submit the attached proposed protective order for your consideration which has been executed by all parties. In large part, these proposed documents track the Court's Model Protective Order. In accordance with Your Honor's Individual Rules, we have attached blackline documents showing all deviations from the Model Protective Order. Additionally, a courtesy copy of this cover letter, proposed protective order, and blackline documents are being sent to Chambers.

                                                  Very truly yours,

                                                  *Christopher M. Sanders*

                                                  Christopher M. Sanders

CMS/kds