IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIX DIMENSIONS, INC., | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) Case No. 1:15-cv-08309-PGG |
| PERFICIENT, INC. and LYNN M. BRADING, | ) ) ) ) |
| *Defendants.* | ) ) |

**DEFENDANT PERFICIENT, INC.'S OBJECTIONS AND
RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES**

COMES NOW Defendant Perficient, Inc. ("Defendant"), by and through its undersigned attorneys, and for its objections and responses to Plaintiff's Second Set of Interrogatories, states as follows:

## INTERROGATORIES

4.  Please state the dates of visits to New York by Jeanette Gomez from January 1, 2013 to present.

**RESPONSE**: None.

5.  Please state the offices of Perficient, Inc. that Jeanette Gomez worked out of from January 1, 2013 to present.

**RESPONSE**: Jeanette Gomez worked from her home office. The address is 1806 Cattle Drive, Cedar Park, Texas 78613.

{00351262.1}

6. Please identify those that worked with, cooperated with or collaborated with Jeanette Gomez or anyone else, either directly or indirectly in the recruitment, solicitation, interviewing and/or communication with anyone that was an employee of Plaintiff at the time.

**OBJECTION**: Defendant objects to Interrogatory No. 6 to the extent it is overbroad in time as it is not limited to the time period at issue in this lawsuit, and seeks information which is irrelevant, immaterial and not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE**: Subject to and without waiving said objections, for the period January 1, 2012, the following individuals participated in the recruitment, solicitation, interviewing, or communication with individuals who were employees of Plaintiff at the time:

| Name | Address |
| --- | --- |
| Sean Roy | 5415 Aspen Street<br>Houston, TX  77081 (Office) |
| Robert Sumner | 15935 Viney Creek Dr.<br>Houston, TX  77095  (Office) |
| Ed Hoffmann | 100 North 6th St., Suite 850B<br>Minneapolis, MN  55403 (Office)<br><br>13709 Coyote Court<br>Minnetonka, MN  55305 (Home Office) |
| Jennifer Jobin | 100 North 6th St., Suite 850B<br>Minneapolis, MN  55403 (Office)<br><br>13198 Danube Lane<br>Rosemount, MN  55068 (Home Office) |
| Laura Merkle | 129 W. Trade St., Suite 1630<br>Charlotte, NC  28202 (Office)<br><br>946 Garden District Drive<br>Charlotte, NC  28202 (Home Office) |
| Rojesh Shrestha | 9701 Meyer Forest Dr., #11104<br>Houston, TX  77096 (Office) |
| Greg Dawson | 8501 Merlin Dr.<br>Houston, TX  77055 (Office) |

{00351262.1}

| *Name* | *Address* |
|---|---|
| Anoop Srikar | 4530 Idlewood Drive<br>Cumming, GA  30040 (Office) |
| Anton Zuponcic | 497 Kuntz Drive<br>Independence, MN  55359 (Office) |
| Vamsi Vasireddy | 4950 Stevenson Blvd., #91<br>Fremont, CA  94538 (Office) |
| Michael Spicer | 2305 NE 44th Ave.<br>Portland, OR  97213 |
| Avanish Gandhi | 5293 Shamrock Common<br>Fremont, CA  94555 (Office) |
| Shannon Sumner | 172 Largess Lane<br>Piedmont, SC  29673 (Office) |
| Dan Klco | 850 Academy Drive<br>Cincinnati, OH  45205 (Office) |
| Lynn Brading | 6523 Tree View Drive<br>Liberty Township, OH  45044 (Office) |
| Aaron Price | 807 Sabino Court<br>Cincinnati, OH  45231 (Office) |

{00351262.1}

## VERIFICATION

Susan Allen, of lawful age, being first duly sworn on oath, deposes and says that she has read the foregoing Answers to Second Interrogatories, know the contents thereof, and that the statements and allegations therein contained are true and accurate to the best of my knowledge, information and belief.

*/s/ Susan Allen*
Susan Allen

STATE OF MISSOURI     )
                      ) ss
COUNTY OF ST. LOUIS   )

Subscribed and sworn to before me, this 10 day of February, 2016.

*/s/ Rachel Storm*
Notary Public

My Commission Expires: January 2, 2019

```
RACHEL STORM
Notary Public - Notary Seal
State of Missouri, Saint Louis City
Commission # 14130018
My Commission Expires Jan 2, 2019
```

Respectfully submitted,

LOWENBAUM LAW

/s/ *Christopher M. Sanders*

Christopher M. Sanders, MO #55198
*Pro Hac Vice*
David P. Frenzia, MO #60440
*Pro Hac Vice*
222 South Central Avenue, Suite 900
Clayton, MO 63105
(314) 746-4809 - *Telephone*
(314) 746-4848 - *Facsimile*
csanders@lowenbaumlaw.com
dfrenzia@lowenbaumlaw.com

*Attorneys for Defendant Perficient, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have on February 9, 2016, served a true and correct copy of the foregoing via email upon the following:

John P. Bostany, Esq.
Charen Kim, Esq.
The Bostany Law Firm, PLLC
40 Wall Street, 28th Floor
New York, NY 10005
John@Bozlaw.com
c.kim@bozlaw.com
*Attorneys for Plaintiff Six Dimensions, Inc.*

Philip K. Davidoff, Esq.
Roshini Chaudhari, Esq.
Ford & Harrison LLP
100 Park Avenue, Suite 2500
New York, NY 10017
pdavidoff@fordharrison.com
rchaudhari@fordharrison.com
*Attorneys for Defendant Lynn Brading*

/s/ *Christopher M. Sanders*

/kds

{00351262.1}