UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIX DIMENSIONS, INC.,

        Plaintiff,

-against-

LYNN M. BRADING, et al.

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/16

15-CV-08309 (PGG) (BCM)

**ORDER SCHEDULING
DISCOVERY CONFERENCE AND
CASE MANAGEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

This action has been referred to Magistrate Judge Barbara Moses for general pretrial management, pursuant to 28 U.S.C. § 636(b)(1)(A), including the discovery disputes raised in the parties' joint letters filed on December 23, 2015; January 1, 2016; and March 11, 2016; and summarized in plaintiff's March 15, 2016 letter (Dkt. Nos. 50, 53, 66, 68). All future non-dispositive pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at http://nysd.uscourts.gov/judge/Moses.

Discovery Conference

A discovery conference is scheduled before Judge Moses on **Wednesday, April 6, 2016, at 10:00 a.m.**, in Courtroom 9A, 500 Pearl Street, New York, NY 10007. If any party has an unavoidable scheduling conflict, that party's counsel must promptly telephone courtroom deputy Kevin Snell at (212) 805-0228 with two proposed alternative dates, acceptable to all counsel, for a 10:00 a.m. discovery conference. In advance of the conference, each party may file a supplemental letter in further support of its position on the disputes, limited to two pages, no later than March 23, 2016.

Case Management Conference

It appearing that no initial case management conference occurred prior to the referral to Judge Moses, and that no pretrial scheduling order has been entered in this case, it is hereby **ORDERED** that an initial case management conference, in accordance with Fed. R. Civ. P. 16, will be held before Judge Moses on **Wednesday, April 20, 2016, at 10:00 a.m.**, in Courtroom 9A, 500 Pearl Street, New York, New York. At the conference, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c).

It is further **ORDERED** that no later than one week (seven calendar days) prior to the conference, the parties shall file a supplemental Rule 26(f) statement, submitted via ECF as a Pre-Conference Statement, and signed by counsel for all parties. The Statement shall contain the following information:

1. The date of the conference and appearances for the parties (including the names of the individual attorneys who will attend, their law firms, addresses, and telephone numbers, and the party or parties represented).

2. A concise statement of the issues as they appear on the date of the Statement, including any issues as to jurisdiction or venue and any anticipated motions pursuant to Fed. R. Civ. P. 12(b) or (c).

3. A proposed deadline for joining additional parties, amending the pleadings, or moving for leave to do so.

4. A proposed deadline for class certification motions, pursuant to Fed. R. Civ. P. 23.

5. A proposed discovery schedule including:

    a. A date for exchanging the automatic disclosures required by Fed. R. Civ. P. 26(a)(1)(A), or the date on which such disclosures were accomplished;

    b. Dates for the service of initial document production requests and interrogatories (limited in accordance with Local Civil Rule 33.3);

    c. A schedule or date range for fact depositions, including the names (if known) or descriptions of persons expected to be deposed;

    d. A date for the close of all fact discovery;

e. Dates by which each party's expert report(s) or other expert disclosure, and any responding reports, will be supplied to the adversary;

    f. A date by which expert depositions will be completed; and

    g. A date for the close of all discovery.

6. Any proposed limitations to be placed on discovery, including protective or confidentiality orders.

7. Any anticipated discovery issues that may warrant early attention from the Court (including issues relating to the preservation, retrieval and/or production of electronically stored information).

8. A date, approximately 30 days prior to the close of fact discovery, for a telephonic status conference with the Court.

9. Whether and when the case should be (a) referred to mediation or (b) scheduled for a settlement conference with the Court.

10. A date for the filing of pre-motion conference requests regarding summary judgment.

11. A date for the submission of a joint pretrial order in accordance with the individual practices of the judge before whom the trial will be conducted.

12. The anticipated length of trial and whether (and by which party) a jury has been requested.

To the extent the parties are in disagreement concerning any portion of the Pre-Conference Statement, they may submit separate proposals as to such portion, without argument.

Dated: New York, New York
March 16, 2016

SO ORDERED.

BARBARA MOSES
United States Magistrate Judge

Copies to: All counsel (via ECF)

3