UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIX DIMENSIONS, INC.,

                Plaintiff,

      -against-                      INDEX NO. 15-cv-08309(PGG)(BCM)

PERFICIENT, INC. AND LYNN M. BRADING,

                Defendants.

## DEFENDANT BRADING'S NOTICE OF MOTION
## TO DISMISS THE SECOND AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that upon the pleadings in this action, accompanying memorandum of law, and declaration of Roshni Chaudhari dated May 6, 2016, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, or, in the alternative, Rule 12(b)(3) and 28 U.S.C. § 1404(a), Defendant Lynn M. Brading, ("Brading"), by her undersigned attorneys, moves this Court for an order dismissing the Second Amended Complaint with prejudice, or, in the alternative, dismissing the Second Amended Complaint for improper venue and forum *non conveniens*, together with such other and further relief as this Court deems just and proper.

Plaintiff Six Dimensions, Inc.'s brief in opposition, if any, is due May 27, 2016, and Brading's reply brief, if any, is due June 3, 2016.

Dated: May 6, 2016

                                            FORDHARRISON LLP

                                            By:   */s Roshni Chaudhari*
                                                     Roshni Chaudhari
                                                     Philip K. Davidoff
                                            *Attorneys for Lynn Brading*
                                            100 Park Ave., Suite 2500
                                            New York, N.Y. 10017
                                            Tel: (212) 453-5900
                                            Fax: (212) 453-5959